RECEIVED
IN LAKE CHARLES, LA

JAN 17 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **DARRELL JOHNSON** | **CIVIL ACTION NO. 06-1181-LC** |
| VS. | SECTION P |
| **HARRIS PUBLICATION** | **JUDGE MINALDI** |
| | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the ___ day of _____ Dec _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE